IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEITH THOMAS,** | ) CV F 05-1307 OWW WMW HC |
| Petitioner, | ) |
| | ) FINDINGS AND |
| | ) RECOMMENDATIONS RE |
| v. | ) MOTION TO DISMISS CASE |
| | ) |
| | ) [Doc. 5] |
| **A. K. SCRIBNER,** | ) |
| | ) |
| Respondent. | ) |
| | ) |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed October 18, 2005. On December 12, 2005, Petitioner filed a motion requesting that the court immediately dismiss this petition. Respondent has not yet been served in this case and no orders have been entered in the case.

    There being no apparent prejudice, the court HEREBY RECOMMENDS that Petitioner's motion be granted and this petition be dismissed without prejudice.

    These Findings and Recommendation are submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule

72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within thirty (30) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Replies to the objections shall be served and filed within ten (10) <u>court</u> days (plus three days if served by mail) after service of the objections. The court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:    March 10, 2006**              /s/  **William M. Wunderlich**
mmkd34                                    UNITED STATES MAGISTRATE JUDGE